## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DENIS GRIFFITH,<br>*on behalf of himself and all others similarly situated*<br>　　　Plaintiff,<br><br>　v.<br><br>PLASTIQ, INC., *and*<br>KLEINER PERKINS CAUFIELD & BYER,<br>　　　Defendants. | CASE NO.: **4:19-cv-02202**<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT FOR:**<br><br>1. **Violations of the Electronic Funds Transfer Act (15 U.S.C. § 1693 *et seq.*)**<br>2. **Bailment**<br>3. **Deceptive Trade Practices (Texas Bus. & Comm. Code §§ 17.46 – 17.60.)**<br>4. **Negligence**<br><br>**JURY TRIAL REQUESTED** |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PLASTIQ, INC.

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A)(i), Plaintiff has filed its Notice of Dismissal with Prejudice as to Defendant Plastiq, Inc. ("Plastiq")(Dkt. #11).

It is hereby **ORDERED** that Plaintiff's claims against Plastiq in this case are **DISMISSED WITH PREJUDICE**. The parties will bear their own costs and attorney fees.

Signed this _____ day of August, 2019.

_____
Judge Presiding
United States District Court
Southern District of Texas